UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONNIE LEE HICKS, II,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>CHERYL STRANGE et al.,<br><br>　　　　　　　Defendants. | CASE NO. 2:22-cv-00284-TL-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Having reviewed the Report and Recommendation of Chief Magistrate Judge David W. Christel and the remaining record, and no objections or responses to the Report and Recommendation having been filed, the Court does hereby find and ORDER:

(1)　The Report and Recommendation is ADOPTED. Dkt. No. 26.

(2)　Defendants' Motion for Summary Judgment (Dkt. No. 21) is GRANTED, and Plaintiff's claims are DISMISSED with prejudice.

(3)　Plaintiff's IFP status is REVOKED for the purpose of appeal.

(4)　The Clerk is DIRECTED to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(5)    The case is CLOSED.

Dated this 6th day of April 2023.

                                                Tana Lin
                                                United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2